# Exhibit 4

| US11322171B1 | Geniatech APC880 ("The accused product") |
|---|---|
| 1. A method for processing signals, comprising: | The accused product practices a method for processing signals (e.g., video signals).<br><br><br><br>https://www.geniatech.com/product/apc880/ |



https://www.alibaba.com/product-detail/APC880-Edge-AI-PC-with-N_1601420994360.html

**APC880**

# i.MX8M Plus On-device AI Edge Computer with Modular Expansion

Geniatech's APC880 is a powerful edge AI computing platform built around the NXP i.MX8M Plus SoC. Designed with industrial-grade durability and flexible AI expansion via both board-to-board connector and M.2 Key M slot, it supports server-free inference for LLMs, vision, and other edge AI workloads. With support for complex neural networks, 4K video decoding, comprehensive I/O, and a fanless design, the APC880 delivers top-tier performance for smart factories, transportation, and industrial vision systems.

- Dual AI Engines: Onboard NPU (2.3 TOPS) and optional M.2 AI module
- Scalable Architecture: Modular SOM design allows flexible SoC replacement
- Rich Multimedia Support: Dual cameras and 4K display output via HDMI®/LVDS/MIPI
- Comprehensive I/O: 2 GbE, 6 USB, CAN, RS232/485, Mini PCIe, M.2
- Industrial Reliability: -40°C to 85°C operation with fanless, rugged design

https://www.geniatech.com/product/apc880/

| | |
|---|---|
| Chipset | NXP i.MX8M Plus |
| CPU | 4× Cortex-A53 (up to 1.8GHz) + 1× Cortex-M7 (up to 800MHz) |
| GPU | GC7000UL (OpenGL ES 1.1–3.0, OpenCL 1.2, Vulkan) |
| AI Performance | – i.MX8M Plus NPU: 2.3 TOPS<br>– Optional 16GB NXP Ara240 AI accelerator: Up to 40 TOPS<br>– AI type: Edge AI inference (vision / perception workloads) |
| OS | Yocto Linux |
| Memory | 4GB RAM (up to 8GB optional) |
| Storage | 64GB eMMC 5.1 (8–128GB optional) |
| Network | 2× GigE; Wi-Fi/Bluetooth/GPS/4G LTE optional |
| External I/O | 1×HDMI out, 2×USB 3.0, 2×USB 2.0 , 2×USB-C , 1×Micro SD card slot, boot/reset keys |
| Internal/board-level only | 1×LVDS, 2× MIPI-CSI, 1×MIPI-DSI, 1×M.2 Key M (for AI module), 1×Mini PCIe (for 4G module), 1× RS232, 1× RS485, 2×CAN, 1× I²C, 2×GPIO, 1×Speaker |

https://www.geniatech.com/product/apc880/

The i.MX 8M Plus AI Edge Computing PC is based on the high-performance i.MX 8M Plus SoC, Is the first NXP integrated transmission nerve processing unit (NPU) product, Running rates of up to 2.3 TOPS, Focus on machine learning and vision, multimedia, and industrial automation with high reliability, Also paired with the Kinara Ara-2 40 TOPS computing chip, Rapid prototyping of edge AI application scenarios, It can be widely used in machine learning and artificial intelligence, NPU vision system, advanced multimedia and industrial automation.

**-- i.MX 8M Plus SoC**
- i.MX 8M Plus SoC with 14nm FET process technology
- Quad-core 64-bit ARM Cortex A53 processor + Cortex-M7
- Integrated Neural Network Processing Unit (NPU) with 2.3 TOPS performance
- Highly efficient H.265/H.264/VP9 video decoding capability, supports up to 4K resolution

**-- Kinara Ara-2 SoC**
- 8 second-generation neural cores
- 16GB LPDDR4X memory
- 40 TOPS of high-performance computing power
- Supports TensorFlow,PyTorch,ONNX AI models

**-- I/O interface**
- 2*Gigabit Ethernet RJ 45 interfaces
- 2*USB3.0 and 2*USB2.0 interfaces
- 2*CAN, 1*RS232, and 1*RS485
- MIPI DSI、MIPI CSI、LVDS、HDMI and other display and camera interfaces
- Multi-channel M.2 interface can extend 4G / 5G
- Micro SD card slot,Micro SIM card slot
- DC IN

*Source: Spec Sheet of the accused product.*

<table>
<tr>
<td colspan="2">

## 5. Video Parameter

Video Decode

- 1080p60 HEVC/H.265 Main, Main 10 (up to level 5.1)
- 1080p60 VP9 Profile 0, 2
- 1080p60 VP8
- 1080p60 AVC/H.264 Baseline, Main, High decoder

*Source: Spec Sheet of the accused product.*

- 1080p60 AVC/H.264 encoder
- 1080p60 HEVC/H.265 encoder

Image Sensor Processor (ISP)

- 375 Mpixel/s HDR ISP supporting configurations, such as 12MP@30fps, 4kp45, or 2x 1080p80

*Source: Spec Sheet of the accused product.*

</td>
</tr>
<tr>
<td>(a) receiving data representing a time slice of a stream of time-sequential information for each of a plurality of streams of time-sequential information;</td>
<td>The accused product practices receiving data representing a time slice of a stream of time-sequential information (e.g., stream of captured video, etc.) for each of a plurality of streams of time-sequential information (e.g., stream of captured video, etc.).

The accused product receives captured video comprising time-sequential frames. It receives raw information of each sequential frame of the video.</td>
</tr>
</table>

## APC880

# i.MX8M Plus On-device AI Edge Computer with Modular Expansion

Geniatech's APC880 is a powerful edge AI computing platform built around the NXP i.MX8M Plus SoC. Designed with industrial-grade durability and flexible AI expansion via both board-to-board connector and M.2 Key M slot, it supports server-free inference for LLMs, vision, and other edge AI workloads. With support for complex neural networks, 4K video decoding, comprehensive I/O, and a fanless design, the APC880 delivers top-tier performance for smart factories, transportation, and industrial vision systems.

- Dual AI Engines: Onboard NPU (2.3 TOPS) and optional M.2 AI module
- Scalable Architecture: Modular SOM design allows flexible SoC replacement
- Rich Multimedia Support: Dual cameras and 4K display output via HDMI®/LVDS/MIPI

https://www.geniatech.com/product/apc880/

| Chipset | NXP i.MX8M Plus |
| --- | --- |
| CPU | 4× Cortex-A53 (up to 1.8GHz) + 1× Cortex-M7 (up to 800MHz) |
| GPU | GC7000UL (OpenGL ES 1.1–3.0, OpenCL 1.2, Vulkan) |

https://www.geniatech.com/product/apc880/

The i.MX 8M Plus AI Edge Computing PC is based on the high-performance i.MX 8M Plus SoC, Is the first NXP integrated transmission nerve processing unit (NPU) product, Running rates of up to 2.3 TOPS, Focus on machine learning and vision, multimedia, and industrial automation with high reliability, Also paired with the Kinara Ara-2 40 TOPS computing chip, Rapid prototyping of edge AI application scenarios, It can be widely used in machine learning and artificial intelligence, NPU vision system, advanced multimedia and industrial automation.

**-- i.MX 8M Plus SoC**
- i.MX 8M Plus SoC with 14nm FET process technology
- Quad-core 64-bit ARM Cortex A53 processor + Cortex-M7
- Integrated Neural Network Processing Unit (NPU) with 2.3 TOPS performance
- Highly efficient H.265/H.264/VP9 video decoding capability, supports up to 4K resolution

**-- Kinara Ara-2 SoC**

*Source: Spec Sheet of the accused product.*

# 5. Video Parameter

Video Decode
- 1080p60 HEVC/H.265 Main, Main 10 (up to level 5.1)
- 1080p60 VP9 Profile 0, 2
- 1080p60 VP8
- 1080p60 AVC/H.264 Baseline, Main, High decoder

*Source: Spec Sheet of the accused product.*

- 1080p60 AVC/H.264 encoder
- 1080p60 HEVC/H.265 encoder

Image Sensor Processor (ISP)
- 375 Mpixel/s HDR ISP supporting configurations, such as 12MP@30fps, 4kp45, or 2x 1080p80

*Source: Spec Sheet of the accused product.*

A **video** can refer to any of the following:

1. In general, a **video** or **video clip** is multiple electronic signals used to generate a steady source of still images, which simulate movement. Videos can use graphics, pictures, or text for entertainment, education, or other purposes. Today, many web pages have downloadable or streaming video visitors can watch on their computer. Below is an example of a YouTube video.

https://www.computerhope.com/jargon/v/video.htm

The question looks innocent enough. A video is a sequence of images (called frames) captured and eventually displayed at a given frequency. However, by stopping at a specific frame of the sequence, a single video frame, i.e. an image, is obtained.

If we talk of a sequence of video frames, that would always be true. It would also be true if an image compression algorithm (an "intra-frame" coding system) is applied to each individual frame. Such coding system may not give an exciting compression ratio, but can serve very well the needs of some applications, for instance those requiring the ability to decode an image using just one compressed image. This is the case of Motion JPEG (now largely forgotten) and Motion JPEG 2000 (used for movie distribution and other applications) or some profiles of MPEG video coding standards used for studio or contribution applications.

https://blog.chiariglione.org/what-is-the-difference-between-an-image-and-a-video-frame/

<table>
<tr><td></td><td>

**Frame Rates**

*Frame rate* refers to the number of individual images (frames) displayed each second in a video, film or live image stream. This is referred to as *frames per second*, abbreviated to *fps*. You may also see other abbreviations, including:

**p**  Progressive frames, e.g. 24p

**i**  Interlaced frames, e.g. 50i

https://www.mediacollege.com/video/frame-rate/

Motion is created by displaying a series of still images quickly in succession. At lower frame rates (first example below) there are fewer images per second which means a bigger jump between images. This tends to result in a noticeable "choppy" movement. To some extend this can be overcome with motion blur.





https://www.mediacollege.com/video/frame-rate/

</td></tr>
<tr><td>

(b) automatically performing at least one transform process on the

</td><td>

The accused product practices automatically performing at least one transform (e.g., a transform function such as DCT transform, etc.) process on the received time slice of the stream of time-sequential information (e.g., time-sequential frames of video content) for each of the plurality of streams of time-sequential information (e.g., time-sequential frames

</td></tr>
</table>

| | |
|---|---|
| received time slice of the stream of time-sequential information for each of the plurality of streams of time-sequential information, to produce transformed data, with at least one single-instruction, multiple-data type parallel processor having a plurality of processing cores concurrently executing the same at least one transform process for each respective stream of time-sequential information, under a common set of instructions; | of video content), to produce transformed data (e.g., coded video content), with at least one single-instruction, multiple-data type parallel processor (e.g., SoC of the accused product such as NXP i.MX8M Plus having ARM Cortex-A53) having a plurality of processing cores (e.g., Quad cores of the ARM cortex-A53) concurrently executing the same at least one transform process for each respective stream of time-sequential information (e.g., time-sequential frames of video content), under a common set of instructions (e.g., instruction to produce coded video file format such as H.264/AVC format).<br><br>The accused product receives captured video comprising time-sequential frames. It receives raw information of each sequential frame of the video. It converts the captured video content into H.264/AVC by performing prediction, transforming (e.g., DCT Transform) and encoding.<br><br>As shown below, an H.264 video codec comprises a prediction, transform and encoding block. It receives a time-sequential frames of a video, it performs prediction to identify residual blocks in a frame and then transforms the block. It encodes the transformed content to generate H.264 coded video bitstream. The video codec follows the instructions to generate coded video file. |

An H.264 video encoder carries out prediction, transforming and encoding processes (Figure 4.1) to produce a compressed H.264 bitstream. An H.264 video decoder carries out the complementary processes of decoding, inverse transform and reconstruction to produce a decoded video sequence. As Figure 4.2 shows, a sequence of original video frames or fields is



**Figure 4.2**  Video coding: source frames, encoded bitstream, decoded frames

https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf



https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf

The structure of a typical H.264 codec is shown in Figure 4.4 (encoder) and Figure 4.5 (decoder) in slightly more detail. Data is processed in units of a **macroblock** (MB) corresponding to 16 × 16 displayed pixels. In the encoder, a prediction macroblock is generated and subtracted from the current macroblock to form a residual macroblock; this is transformed, quantized and encoded. In parallel, the quantized data are re-scaled and inverse transformed and added to the prediction macroblock to reconstruct a coded version of the frame which is stored for later predictions. In the decoder, a macroblock is decoded, re-scaled and inverse transformed to form a decoded residual macroblock. The decoder generates the same



**Figure 4.4**   Typical H.264 encoder

https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf

A block of residual samples is transformed using a 4 × 4 or 8 × 8 **integer transform**, an approximate form of the Discrete Cosine Transform (**DCT**). The transform outputs a set of **coefficients**, each of which is a weighting value for a standard basis pattern. When combined, the weighted basis patterns re-create the block of residual samples (Figure 4.11).

https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf



https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf

As shown below, the accused product comprises an SoC that comprises multiple ARM Cortex A-53 cores. Each core comprises NEON co-processor. It executes multimedia encoding/decoding operations (e.g., Executing H.264 coding instructions including DCT transform, etc.).

The Neon processor performs single-instruction, multiple data type e.g., SIMD, parallel processing. The NEON co-processors run concurrently at each core to implement SIMD for

faster data processing.

| Chipset | NXP i.MX8M Plus |
| CPU | 4× Cortex-A53 (up to 1.8GHz) + 1× Cortex-M7 (up to 800MHz) |
| GPU | GC7000UL (OpenGL ES 1.1–3.0, OpenCL 1.2, Vulkan) |

https://www.geniatech.com/product/apc880/

The i.MX 8M Plus AI Edge Computing PC is based on the high-performance i.MX 8M Plus SoC, Is the first NXP integrated transmission nerve processing unit (NPU) product, Running rates of up to 2.3 TOPS, Focus on machine learning and vision, multimedia, and industrial automation with high reliability, Also paired with the Kinara Ara-2 40 TOPS computing chip, Rapid prototyping of edge AI application scenarios, It can be widely used in machine learning and artificial intelligence, NPU vision system, advanced multimedia and industrial automation.

**-- i.MX 8M Plus SoC**
- i.MX 8M Plus SoC with 14nm FET process technology
- Quad-core 64-bit ARM Cortex A53 processor + Cortex-M7
- Integrated Neural Network Processing Unit (NPU) with 2.3 TOPS performance
- Highly efficient H.265/H.264/VP9 video decoding capability, supports up to 4K resolution

**-- Kinara Ara-2 SoC**

*Source: Spec Sheet of the accused product.*



https://www.arm.com/products/silicon-ip-cpu/cortex-a/cortex-a53



**Figure 2-1 Cortex-A53 processor block diagram**

*Source: ARM Cortex-A53 Reference Manual.pdf*

**Advanced SIMD data-processing instructions**

Advanced SIMD data-processing instructions process registers containing vectors of elements of the same type packed together, enabling the same operation to be performed on multiple items in parallel.

Instructions operate on vectors held in 64-bit or 128-bit registers. Figure F1-2 shows an operation on two 64-bit operand vectors, generating a 64-bit vector result.

——— Note ———

Figure F1-2 and other similar figures show 64-bit vectors that consist of four 16-bit elements, and 128-bit vectors that consist of four 32-bit elements. Other element sizes produce similar figures, but with one, two, eight, or sixteen operations performed in parallel instead of four.



**Figure F1-2 Advanced SIMD instruction operating on 64-bit registers**

*Source: ARMv8-A architecture Reference Manual*

# Improve the Multimedia User Experience

Arm Neon is an advanced single instruction multiple data (SIMD) architecture extension for the Arm Cortex-A and Arm Cortex-R series of processors with capabilities that vastly improve use cases on mobile devices, such as multimedia encoding/decoding, user interface, 2D/3D graphics and gaming.

Neon can also accelerate signal processing algorithms and functions to speed up applications such as audio and video processing, voice and facial recognition, computer vision, and deep learning.

https://www.arm.com/technologies/neon

Over the last few years, there has been a steady growth in both generation and consumption of high-resolution content. Better device cameras and higher-resolution screens for viewing content has driven this growth. Newer codecs like H.265/HEVC, VP9 or AV1 are more than 50% efficient at compressing such higher-resolution content compared to legacy codecs like H.264, as table 1 shows.

| Resolutions | Required Bandwidth | Required Bandwidth |
|---|---|---|
| | H264 | H265 |
| 1280×720(HD) | 3Mbps | 1.5Mbps |
| 1920X1080(FHD) | 6Mbps | 3Mbps |
| 3840×2160 (UHD) | 25Mbps | 12Mbps |
| 4096×2160 (4K) | 32Mbps | 15Mbps |

Table 1: Required bandwidth for high-resolution videos for H264 and H265

This compression efficiency comes with a much greater need for compute cycles, which can be 10x higher compared to H.264 compression. Typical processors used in the cloud like the AWS Graviton2 or Intel Xeon family often use vector-processing capabilities like Neon or SSE/AVX instructions to accelerate video processing. Over the last year, there have been significant efforts to optimize the open-source libx265 implementation of the H.265 encoder. On Arm Neoverse-based platforms like the AWS Graviton2, which supports Neon instructions, both Videolan and AWS have contributed to this effort. The result is an impressive performance uplift from 1.4x to 3x in certain scenarios, which are described in detail in the next section.

https://developer.arm.com/community/arm-community-blogs/b/servers-and-cloud-computing-blog/posts/reduce-h-265-high-res-encoding-costs-by-over-80-with-aws-graviton2-1207706725

| (c) making at least one decision based on the transformed data of each time slice, with at least one single-instruction, multiple-data type parallel | The accused product practices making at least one decision (e.g., decision related to video coding such as prediction decision, filter decision, etc.) based on the transformed data (e.g., transformed data of time-sequential image frame, etc.) of each time slice (e.g., time-sequential image frame), with at least one single-instruction, multiple-data type parallel processor (e.g., SoC of the accused product such as NXP i.MX8M Plus having ARM Cortex-A53) having a plurality of processing cores (e.g., Quad cores of the ARM cortex-A53) concurrently executing the same at least one transform (e.g., a transform function such as DCT transform, etc.) process for each respective stream of time-sequential information |

| | |
|---|---|
| processor having a plurality of processing cores concurrently executing the same at least one transform process for each respective stream of time-sequential information, under a common set of instructions; and | (e.g., time-sequential frames of video content), under a common set of instructions (e.g., instruction to produce coded video file format such as H.264/AVC format). The accused product receives captured video comprising time-sequential frames. It receives raw information of each sequential frame of the video. It converts the captured video content into H.264/AVC by performing prediction, transforming (e.g., DCT Transform) and encoding. As shown below, an H.264 video codec comprises a prediction, transform and encoding block. It receives a time-sequential frames of a video, it performs prediction to identify residual blocks in a frame and then transforms the block. It encodes the transformed content to generate H.264 coded video bitstream. The video codec follows the instructions to generate coded video file. |

An H.264 video encoder carries out prediction, transforming and encoding processes (Figure 4.1) to produce a compressed H.264 bitstream. An H.264 video decoder carries out the complementary processes of decoding, inverse transform and reconstruction to produce a decoded video sequence. As Figure 4.2 shows, a sequence of original video frames or fields is



**Figure 4.2**   Video coding: source frames, encoded bitstream, decoded frames

https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf



https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf

The structure of a typical H.264 codec is shown in Figure 4.4 (encoder) and Figure 4.5 (decoder) in slightly more detail. Data is processed in units of a **macroblock** (MB) corresponding to 16 × 16 displayed pixels. In the encoder, a prediction macroblock is generated and subtracted from the current macroblock to form a residual macroblock; this is transformed, quantized and encoded. In parallel, the quantized data are re-scaled and inverse transformed and added to the prediction macroblock to reconstruct a coded version of the frame which is stored for later predictions. In the decoder, a macroblock is decoded, re-scaled and inverse transformed to form a decoded residual macroblock. The decoder generates the same



**Figure 4.4**   Typical H.264 encoder

https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf

A block of residual samples is transformed using a 4 × 4 or 8 × 8 **integer transform**, an approximate form of the Discrete Cosine Transform (**DCT**). The transform outputs a set of **coefficients**, each of which is a weighting value for a standard basis pattern. When combined, the weighted basis patterns re-create the block of residual samples (Figure 4.11).

https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf



https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf

The H.264/AVC coded video syntax comprises all these decisions so that the decoder decodes the coded video efficiently.

A filter is applied to every decoded macroblock to reduce blocking distortion [iv]. The deblocking filter is applied after the inverse transform in the encoder before reconstructing and storing the macroblock for future predictions and in the decoder before reconstructing and displaying the macroblock. The filter smooths block edges, improving the appearance of decoded frames. The filtered image is used for motion-compensated of future frames and this generally improves compression performance because the filtered image is a more faithful reproduction of the original frame than a blocky, unfiltered image.[1]

Filtering is applied to vertical or horizontal edges of $4 \times 4$ blocks in a macroblock excluding edges on slice boundaries, in the following order:

https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf

### 6.5.2    Filter decision

A group of samples from the set (p2,p1,p0,q0,q1,q2) is filtered only if:

(a)  $Bs > 0$ and

(b)  $|p0-q0|$, $|p1-p0|$ and $|q1-q0|$ are each **less** than a threshold $\alpha$ or $\beta$, where $\alpha$ and $\beta$ are defined in the standard.

The thresholds $\alpha$ and $\beta$ increase with the average quantizer parameter QP of the two blocks p and q. The purpose of the filter decision is to 'switch off' the filter when there is a significant change or gradient across the block boundary in the original image. When QP is small, anything other than a very small gradient across the boundary is likely to be due to image features that should be preserved and not due to blocking effects and so the thresholds $\alpha$ and $\beta$ are low. When QP is larger, blocking distortion is likely to be more significant and $\alpha$, $\beta$ are higher so that more boundary pixels are filtered.

https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf

## 8.7    Deblocking filter process

A conditional filtering process is specified in this clause that is an integral part of the decoding process which shall be applied by decoders conforming to the Baseline, Constrained Baseline, Main, Extended, High, Progressive High, Constrained High, High 10, Progressive High 10, High 4:2:2, and High 4:4:4 Predictive profiles. For decoders conforming to the High 10 Intra, High 4:2:2 Intra, High 4:4:4 Intra, and CAVLC 4:4:4 Intra profiles, the filtering process specified in this clause, or one similar to it, should be applied but is not required.

The conditional filtering process is applied to all NxN (where $N = 4$ or $N = 8$ for luma, $N = 4$ for chroma when ChromaArrayType is equal to 1 or 2, and $N = 4$ or $N = 8$ for chroma when ChromaArrayType is equal to 3) block edges of a picture, except edges at the boundary of the picture and any edges for which the deblocking filter process is disabled by disable_deblocking_filter_idc, as specified below. This filtering process is performed on a macroblock basis after the completion of the picture construction process prior to deblocking filter process (as specified in clauses 8.5 and 8.6) for the entire decoded picture, with all macroblocks in a picture processed in order of increasing macroblock addresses.

*Source: H.264/AVC Standard*

The structure of a typical H.264 codec is shown in Figure 4.4 (encoder) and Figure 4.5 (decoder) in slightly more detail. Data is processed in units of a **macroblock** (MB) corresponding to $16 \times 16$ displayed pixels. In the encoder, a prediction macroblock is generated and subtracted from the current macroblock to form a residual macroblock; this is transformed, quantized and encoded. In parallel, the quantized data are re-scaled and inverse transformed and added to the prediction macroblock to reconstruct a coded version of the frame which is stored for later predictions. In the decoder, a macroblock is decoded, re-scaled and inverse transformed to form a decoded residual macroblock. The decoder generates the same



**Figure 4.4**   Typical H.264 encoder

https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-

%20H264%20(2nd%20edition).pdf

Figure 6-14 illustrates the relative location of the neighbouring macroblocks, blocks, or partitions A, B, C, and D to the current macroblock, partition, or block, when the current macroblock, partition, or block is in frame coding mode.



*Source: H.264/AVC Standard*



**Figure 6.10** Labelling of prediction samples, 4 × 4 prediction

**Figure 6.11** 4 × 4 intra prediction modes

https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf

**7.3.5.1    Macroblock prediction syntax**

| mb_pred( mb_type ) { | C | Descriptor |
|---|---|---|
| if( MbPartPredMode( mb_type, 0 ) == Intra_4x4 \|\| MbPartPredMode( mb_type, 0 ) == Intra_8x8 \|\| MbPartPredMode( mb_type, 0 ) == Intra_16x16 ) { | | |
| if( MbPartPredMode( mb_type, 0 ) == Intra_4x4 ) | | |
| for( luma4x4BlkIdx=0; luma4x4BlkIdx<16; luma4x4BlkIdx++ ) { | | |
| **prev_intra4x4_pred_mode_flag**[ luma4x4BlkIdx ] | 2 | u(1) \| ae(v) |
| if( !prev_intra4x4_pred_mode_flag[ luma4x4BlkIdx ] ) | | |
| **rem_intra4x4_pred_mode**[ luma4x4BlkIdx ] | 2 | u(3) \| ae(v) |
| } | | |
| if( MbPartPredMode( mb_type, 0 ) == Intra_8x8 ) | | |
| for( luma8x8BlkIdx=0; luma8x8BlkIdx<4; luma8x8BlkIdx++ ) { | | |
| **prev_intra8x8_pred_mode_flag**[ luma8x8BlkIdx ] | 2 | u(1) \| ae(v) |
| if( !prev_intra8x8_pred_mode_flag[ luma8x8BlkIdx ] ) | | |
| **rem_intra8x8_pred_mode**[ luma8x8BlkIdx ] | 2 | u(3) \| ae(v) |
| } | | |
| if( ChromaArrayType == 1 \|\| ChromaArrayType == 2 ) | | |
| **intra_chroma_pred_mode** | 2 | ue(v) \| ae(v) |
| } else if( MbPartPredMode( mb_type, 0 ) != Direct ) { | | |
| for( mbPartIdx = 0; mbPartIdx < NumMbPart( mb_type ); mbPartIdx++ ) | | |
| if( ( num_ref_idx_l0_active_minus1 > 0 \|\| mb_field_decoding_flag != field_pic_flag ) && MbPartPredMode( mb_type, mbPartIdx ) != Pred_L1 ) | | |
| **ref_idx_l0**[ mbPartIdx ] | 2 | te(v) \| ae(v) |

*Source: H.264/AVC Standard*

As shown below, the accused product comprises an SoC that comprises multiple ARM Cortex A-53 cores. Each core comprises NEON co-processor. It executes multimedia encoding/decoding operations (e.g., Executing H.264 coding instructions including DCT transform, etc.).

The Neon processor performs single-instruction, multiple data type e.g., SIMD, parallel processing. The NEON co-processors run concurrently at each core to implement SIMD for faster data processing.

| Chipset | NXP i.MX8M Plus |
| CPU | 4× Cortex-A53 (up to 1.8GHz) + 1× Cortex-M7 (up to 800MHz) |
| GPU | GC7000UL (OpenGL ES 1.1–3.0, OpenCL 1.2, Vulkan) |

https://www.geniatech.com/product/apc880/

The i.MX 8M Plus AI Edge Computing PC is based on the high-performance i.MX 8M Plus SoC, Is the first NXP integrated transmission nerve processing unit (NPU) product, Running rates of up to 2.3 TOPS, Focus on machine learning and vision, multimedia, and industrial automation with high reliability, Also paired with the Kinara Ara-2 40 TOPS computing chip, Rapid prototyping of edge AI application scenarios, It can be widely used in machine learning and artificial intelligence, NPU vision system, advanced multimedia and industrial automation.

**-- i.MX 8M Plus SoC**
- i.MX 8M Plus SoC with 14nm FET process technology
- Quad-core 64-bit ARM Cortex A53 processor + Cortex-M7
- Integrated Neural Network Processing Unit (NPU) with 2.3 TOPS performance
- Highly efficient H.265/H.264/VP9 video decoding capability, supports up to 4K resolution

**-- Kinara Ara-2 SoC**

*Source: Spec Sheet of the accused product.*



https://www.arm.com/products/silicon-ip-cpu/cortex-a/cortex-a53



**Figure 2-1 Cortex-A53 processor block diagram**

*Source: ARM Cortex-A53 Reference Manual.pdf*

**Advanced SIMD data-processing instructions**

Advanced SIMD data-processing instructions process registers containing vectors of elements of the same type packed together, enabling the same operation to be performed on multiple items in parallel.

Instructions operate on vectors held in 64-bit or 128-bit registers. Figure F1-2 shows an operation on two 64-bit operand vectors, generating a 64-bit vector result.

———— Note ————

Figure F1-2 and other similar figures show 64-bit vectors that consist of four 16-bit elements, and 128-bit vectors that consist of four 32-bit elements. Other element sizes produce similar figures, but with one, two, eight, or sixteen operations performed in parallel instead of four.



**Figure F1-2 Advanced SIMD instruction operating on 64-bit registers**

*Source: ARMv8-A architecture Reference Manual*

# Improve the Multimedia User Experience

Arm Neon is an advanced single instruction multiple data (SIMD) architecture extension for the Arm Cortex-A and Arm Cortex-R series of processors with capabilities that vastly improve use cases on mobile devices, such as multimedia encoding/decoding, user interface, 2D/3D graphics and gaming.

Neon can also accelerate signal processing algorithms and functions to speed up applications such as audio and video processing, voice and facial recognition, computer vision, and deep learning.

https://www.arm.com/technologies/neon

Over the last few years, there has been a steady growth in both generation and consumption of high-resolution content. Better device cameras and higher-resolution screens for viewing content has driven this growth. Newer codecs like H.265/HEVC, VP9 or AV1 are more than 50% efficient at compressing such higher-resolution content compared to legacy codecs like H.264, as table 1 shows.

| Resolutions | Required Bandwidth H264 | Required Bandwidth H265 |
|---|---|---|
| 1280×720 (HD) | 3Mbps | 1.5Mbps |
| 1920X1080 (FHD) | 6Mbps | 3Mbps |
| 3840×2160 (UHD) | 25Mbps | 12Mbps |
| 4096×2160 (4K) | 32Mbps | 15Mbps |

Table 1: Required bandwidth for high-resolution videos for H264 and H265

This compression efficiency comes with a much greater need for compute cycles, which can be 10x higher compared to H.264 compression. Typical processors used in the cloud like the AWS Graviton2 or Intel Xeon family often use vector-processing capabilities like Neon or SSE/AVX instructions to accelerate video processing. Over the last year, there have been significant efforts to optimize the open-source libx265 implementation of the H.265 encoder. On Arm Neoverse-based platforms like the AWS Graviton2, which supports Neon instructions, both Videolan and AWS have contributed to this effort. The result is an impressive performance uplift from 1.4x to 3x in certain scenarios, which are described in detail in the next section.

https://developer.arm.com/community/arm-community-blogs/b/servers-and-cloud-computing-blog/posts/reduce-h-265-high-res-encoding-costs-by-over-80-with-aws-graviton2-1207706725

| (d) communicating information representing the decision through a digital communication interface. | The accused product practices communicating information (e.g., coded video signals) representing the decision (e.g., video codec syntax comprises decision information, etc.) through a digital communication interface (e.g., Ethernet, HDMI, USB, Wi-Fi, Bluetooth, etc.). |
|---|---|

**APC880**

# i.MX8M Plus On-device AI Edge Computer with Modular Expansion

Geniatech's APC880 is a powerful edge AI computing platform built around the NXP i.MX8M Plus SoC. Designed with industrial-grade durability and flexible AI expansion via both board-to-board connector and M.2 Key M slot, it supports server-free inference for LLMs, vision, and other edge AI workloads. With support for complex neural networks, 4K video decoding, comprehensive I/O, and a fanless design, the APC880 delivers top-tier performance for smart factories, transportation, and industrial vision systems.

- Dual AI Engines: Onboard NPU (2.3 TOPS) and optional M.2 AI module
- Scalable Architecture: Modular SOM design allows flexible SoC replacement
- Rich Multimedia Support: Dual cameras and 4K display output via HDMI®/LVDS/MIPI
- Comprehensive I/O: 2 GbE, 6 USB, CAN, RS232/485, Mini PCIe, M.2
- Industrial Reliability: -40°C to 85°C operation with fanless, rugged design

https://www.geniatech.com/product/apc880/

| | |
|---|---|
| Chipset | NXP i.MX8M Plus |
| CPU | 4× Cortex-A53 (up to 1.8GHz) + 1× Cortex-M7 (up to 800MHz) |
| GPU | GC7000UL (OpenGL ES 1.1–3.0, OpenCL 1.2, Vulkan) |
| AI Performance | – i.MX8M Plus NPU: 2.3 TOPS<br>– Optional 16GB NXP Ara240 AI accelerator: Up to 40 TOPS<br>– AI type: Edge AI inference (vision / perception workloads) |
| OS | Yocto Linux |
| Memory | 4GB RAM (up to 8GB optional) |
| Storage | 64GB eMMC 5.1 (8–128GB optional) |
| Network | 2× GigE; Wi-Fi/Bluetooth/GPS/4G LTE optional |
| External I/O | 1×HDMI out, 2×USB 3.0, 2×USB 2.0 , 2×USB-C , 1×Micro SD card slot, boot/reset keys |
| Internal/board-level only | 1×LVDS, 2× MIPI-CSI, 1×MIPI-DSI, 1×M.2 Key M (for AI module), 1×Mini PCIe (for 4G module), 1× RS232, 1× RS485, 2×CAN, 1× I²C, 2×GPIO, 1×Speaker |

https://www.geniatech.com/product/apc880/

The i.MX 8M Plus AI Edge Computing PC is based on the high-performance i.MX 8M Plus SoC, Is the first NXP integrated transmission nerve processing unit (NPU) product, Running rates of up to 2.3 TOPS, Focus on machine learning and vision, multimedia, and industrial automation with high reliability, Also paired with the Kinara Ara-2 40 TOPS computing chip, Rapid prototyping of edge AI application scenarios, It can be widely used in machine learning and artificial intelligence, NPU vision system, advanced multimedia and industrial automation.

**-- i.MX 8M Plus SoC**
- i.MX 8M Plus SoC with 14nm FET process technology
- Quad-core 64-bit ARM Cortex A53 processor + Cortex-M7
- Integrated Neural Network Processing Unit (NPU) with 2.3 TOPS performance
- Highly efficient H.265/H.264/VP9 video decoding capability, supports up to 4K resolution

**-- Kinara Ara-2 SoC**
- 8 second-generation neural cores
- 16GB LPDDR4X memory
- 40 TOPS of high-performance computing power
- Supports TensorFlow,PyTorch,ONNX AI models

**-- I/O interface**
- 2*Gigabit Ethernet RJ 45 interfaces
- 2*USB3.0 and 2*USB2.0 interfaces
- 2*CAN, 1*RS232, and 1*RS485
- MIPI DSI、MIPI CSI、LVDS、HDMI and other display and camera interfaces
- Multi-channel M.2 interface can extend 4G / 5G
- Micro SD card slot,Micro SIM card slot
- DC IN

*Source: Spec Sheet of the accused product.*

## 5. Video Parameter

Video Decode

- 1080p60 HEVC/H.265 Main, Main 10 (up to level 5.1)
- 1080p60 VP9 Profile 0, 2
- 1080p60 VP8
- 1080p60 AVC/H.264 Baseline, Main, High decoder

*Source: Spec Sheet of the accused product.*

- 1080p60 AVC/H.264 encoder
- 1080p60 HEVC/H.265 encoder

Image Sensor Processor (ISP)

- 375 Mpixel/s HDR ISP supporting configurations, such as 12MP@30fps, 4kp45, or 2x 1080p80

*Source: Spec Sheet of the accused product.*

| I/O interface | Network Interface | 2 x Giga Ethernet |
| | | Wifi2.4G+5G +BT 5.0 |
| | Video Interface | 1 x HDMI output |
| | | 1 x LVDS Screen Connector 2x15P (J24) |
| | | 1 x MIPI DSI connector for MIPI Panel (J33) |
| | | 1 x MIPI CSI connector for MIPI Camera 2 lanes (J3) |
| | | 1 x MIPI CSI connector for MIPI Camera 4 lanes (J1) |
| | USB interface | 2 x USB 2.0 Type A (J21 J23) |
| | | 2 x USB 3.0 Type A (J21 J23) |
| | | 1 x USB Type C (J18) |
| | | 2 x USB2.0 4P Header (J13 J14) |
| | PCIe interface | 1 x B2B Connector for AI module 60Pin (J9) |
| | | 1 x B2B Connector for AI module power supply 30Pin (J5) |
| | | 1 x M.2 Key M for M.2 AI module(J7) |
| | SD Card | 1 x Micro SD card slot |
| | SIM Card | 1 x Micro SIM card slot(J34) |
| | Extended interface | 1 x M.2 Key B for 4G/5G   (J26) |
| | | 1 x Mini PCIe for 4G (J27) |
| | Audio interface | 1 x Speaker (Left/Right Channel) 4P Header (J2) |
| | | 1 x 3.5 Headphone seat(J6) |
| | | 1 x Mic 2P Header (MIC1) |
| | Communication interface | 1 x RS232 4P Header (J11) |
| | | 1 x RS485 4P Header (J12) |
| | | 2 x CAN 4P Header (J31 & J32) |
| | | 1 x A53 Core Debug connector (UART) (J4) |
| | Other interfaces | 1 x I2C Touch Screen connector (J30) |
| | | 1 x RTC-Battery （JBAT1） |
| | | 1 x Expended Connector 2x20 P Header (J20) |
| | | 1 x FAN 4P Header with FAN PWM (J16) |
| | | 1 x LCD Backlight 6P Header (J28) |
| | | 1 x LVDS Panel Power Switch (j22) |
| | | 1 x SW1 for System boot mode switch |
| | | 1 x System upgrade key |
| | | 1 x Reset Key |
| | | 1 x DC Jack |
| | Power supply input | DC 12V /3A |

*Source: Spec Sheet of the accused product.*

The accused product receives captured video comprising time-sequential frames. It receives raw information of each sequential frame of the video. It converts the captured

video content into H.264/AVC by performing prediction, transforming (e.g., DCT Transform) and encoding.

As shown below, an H.264 video codec comprises a prediction, transform and encoding block. It receives a time-sequential frames of a video, it performs prediction to identify residual blocks in a frame and then transforms the block. It encodes the transformed content to generate H.264 coded video bitstream. The video codec follows the instructions to generate coded video file.

An H.264 video encoder carries out prediction, transforming and encoding processes (Figure 4.1) to produce a compressed H.264 bitstream. An H.264 video decoder carries out the complementary processes of decoding, inverse transform and reconstruction to produce a decoded video sequence. As Figure 4.2 shows, a sequence of original video frames or fields is



Figure 4.2    Video coding: source frames, encoded bitstream, decoded frames

https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf



https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf

The structure of a typical H.264 codec is shown in Figure 4.4 (encoder) and Figure 4.5 (decoder) in slightly more detail. Data is processed in units of a **macroblock** (MB) corresponding to 16 × 16 displayed pixels. In the encoder, a prediction macroblock is generated and subtracted from the current macroblock to form a residual macroblock; this is transformed, quantized and encoded. In parallel, the quantized data are re-scaled and inverse transformed and added to the prediction macroblock to reconstruct a coded version of the frame which is stored for later predictions. In the decoder, a macroblock is decoded, re-scaled and inverse transformed to form a decoded residual macroblock. The decoder generates the same



**Figure 4.4**   Typical H.264 encoder

https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf

A block of residual samples is transformed using a 4 × 4 or 8 × 8 **integer transform**, an approximate form of the Discrete Cosine Transform (**DCT**). The transform outputs a set of **coefficients**, each of which is a weighting value for a standard basis pattern. When combined, the weighted basis patterns re-create the block of residual samples (Figure 4.11).

https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20%20H264%20(2nd%20edition).pdf



https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf

The H.264/AVC coded video syntax comprises all these decisions so that the decoder decodes the coded video efficiently.

A filter is applied to every decoded macroblock to reduce blocking distortion [iv]. The de-blocking filter is applied after the inverse transform in the encoder before reconstructing and storing the macroblock for future predictions and in the decoder before reconstructing and displaying the macroblock. The filter smooths block edges, improving the appearance of de-coded frames. The filtered image is used for motion-compensated of future frames and this generally improves compression performance because the filtered image is a more faithful reproduction of the original frame than a blocky, unfiltered image.[1]

Filtering is applied to vertical or horizontal edges of 4 × 4 blocks in a macroblock excluding edges on slice boundaries, in the following order:

https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf

### 6.5.2    Filter decision

A group of samples from the set (p2,p1,p0,q0,q1,q2) is filtered only if:

(a) Bs > 0 and
(b) |p0-q0|, |p1-p0| and |q1-q0| are each **less** than a threshold $\alpha$ or $\beta$, where $\alpha$ and $\beta$ are defined in the standard.

The thresholds $\alpha$ and $\beta$ increase with the average quantizer parameter QP of the two blocks p and q. The purpose of the filter decision is to 'switch off' the filter when there is a significant change or gradient across the block boundary in the original image. When QP is small, anything other than a very small gradient across the boundary is likely to be due to image features that should be preserved and not due to blocking effects and so the thresholds $\alpha$ and $\beta$ are low. When QP is larger, blocking distortion is likely to be more significant and $\alpha$, $\beta$ are higher so that more boundary pixels are filtered.

https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf

## 8.7    Deblocking filter process

A conditional filtering process is specified in this clause that is an integral part of the decoding process which shall be applied by decoders conforming to the Baseline, Constrained Baseline, Main, Extended, High, Progressive High, Constrained High, High 10, Progressive High 10, High 4:2:2, and High 4:4:4 Predictive profiles. For decoders conforming to the High 10 Intra, High 4:2:2 Intra, High 4:4:4 Intra, and CAVLC 4:4:4 Intra profiles, the filtering process specified in this clause, or one similar to it, should be applied but is not required.

The conditional filtering process is applied to all NxN (where $N = 4$ or $N = 8$ for luma, $N = 4$ for chroma when ChromaArrayType is equal to 1 or 2, and $N = 4$ or $N = 8$ for chroma when ChromaArrayType is equal to 3) block edges of a picture, except edges at the boundary of the picture and any edges for which the deblocking filter process is disabled by disable_deblocking_filter_idc, as specified below. This filtering process is performed on a macroblock basis after the completion of the picture construction process prior to deblocking filter process (as specified in clauses 8.5 and 8.6) for the entire decoded picture, with all macroblocks in a picture processed in order of increasing macroblock addresses.

*Source: H.264/AVC Standard*

The structure of a typical H.264 codec is shown in Figure 4.4 (encoder) and Figure 4.5 (decoder) in slightly more detail. Data is processed in units of a **macroblock** (MB) corresponding to $16 \times 16$ displayed pixels. In the encoder, a prediction macroblock is generated and subtracted from the current macroblock to form a residual macroblock; this is transformed, quantized and encoded. In parallel, the quantized data are re-scaled and inverse transformed and added to the prediction macroblock to reconstruct a coded version of the frame which is stored for later predictions. In the decoder, a macroblock is decoded, re-scaled and inverse transformed to form a decoded residual macroblock. The decoder generates the same



**Figure 4.4**   Typical H.264 encoder

https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-

%20H264%20(2nd%20edition).pdf

Figure 6-14 illustrates the relative location of the neighbouring macroblocks, blocks, or partitions A, B, C, and D to the current macroblock, partition, or block, when the current macroblock, partition, or block is in frame coding mode.



*Source: H.264/AVC Standard*



**Figure 6.10**  Labelling of prediction samples, 4 × 4 prediction

**Figure 6.11**  4 × 4 intra prediction modes

https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf

**7.3.5.1    Macroblock prediction syntax**

| mb_pred( mb_type ) { | C | Descriptor |
|---|---|---|
| if( MbPartPredMode( mb_type, 0 ) == Intra_4x4 \|\| MbPartPredMode( mb_type, 0 ) == Intra_8x8 \|\| MbPartPredMode( mb_type, 0 ) == Intra_16x16 ) { | | |
| if( MbPartPredMode( mb_type, 0 ) == Intra_4x4 ) | | |
| for( luma4x4BlkIdx=0; luma4x4BlkIdx<16; luma4x4BlkIdx++ ) { | | |
| prev_intra4x4_pred_mode_flag[ luma4x4BlkIdx ] | 2 | u(1) \| ae(v) |
| if( !prev_intra4x4_pred_mode_flag[ luma4x4BlkIdx ] ) | | |
| rem_intra4x4_pred_mode[ luma4x4BlkIdx ] | 2 | u(3) \| ae(v) |
| } | | |
| if( MbPartPredMode( mb_type, 0 ) == Intra_8x8 ) | | |
| for( luma8x8BlkIdx=0; luma8x8BlkIdx<4; luma8x8BlkIdx++ ) { | | |
| prev_intra8x8_pred_mode_flag[ luma8x8BlkIdx ] | 2 | u(1) \| ae(v) |
| if( !prev_intra8x8_pred_mode_flag[ luma8x8BlkIdx ] ) | | |
| rem_intra8x8_pred_mode[ luma8x8BlkIdx ] | 2 | u(3) \| ae(v) |
| } | | |
| if( ChromaArrayType == 1 \|\| ChromaArrayType == 2 ) | | |
| intra_chroma_pred_mode | 2 | ue(v) \| ae(v) |
| } else if( MbPartPredMode( mb_type, 0 ) != Direct ) { | | |
| for( mbPartIdx = 0; mbPartIdx < NumMbPart( mb_type ); mbPartIdx++ ) | | |
| if( ( num_ref_idx_l0_active_minus1 > 0 \|\| mb_field_decoding_flag != field_pic_flag ) && MbPartPredMode( mb_type, mbPartIdx ) != Pred_L1 ) | | |
| ref_idx_l0[ mbPartIdx ] | 2 | te(v) \| ae(v) |

*Source: H.264/AVC Standard*